# SIEGEL TEITELBAUM & EVANS, LLP
### ATTORNEYS AT LAW
### 260 MADISON AVENUE, 22ND FLOOR
### NEW YORK, NEW YORK 10016

TELEPHONE:
(212) 455-0300
FACSIMILE:
(212) 455-0301

June 9, 2014

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Spiridon Argyros, et al. v. City of New York, et al., 13 CV 2946 (SLT) (RML)

Your Honor:

This firm, Cutler & Parlatore, PLLC, and McLaughlin & Stern, LLP represent Plaintiffs in the above-referenced matter. Plaintiffs write to present a status report pursuant to the Court's orders at the May 19, 2014 settlement conference.

At that conference, the parties reached a settlement in principle. The day after the conference, on May 20, 2014, Plaintiffs presented Defendants with a revised settlement proposal that incorporated the agreements the parties reached at the settlement conference. On numerous occasions, Plaintiffs have telephoned and emailed counsel for Defendants to discuss when they will respond substantively to our revised proposal, all without success.

Unfortunately, we believe there has been extraordinary and unacceptable foot-dragging on Defendants' part.

Plaintiffs request that the Court order Defendants to respond as to whether we have a settlement agreement by no later than June 18, 2014, a date proposed to us by Defense counsel, or schedule a meeting with Your Honor.

Respectfully submitted,

SIEGEL TEITELBAUM & EVANS, LLP

by: _____
Norman Siegel

by: _____
Herbert Teitelbaum

SIEGEL TEITELBAUM & EVANS, LLP

                                              Sharon Sprayregen

cc:    Andrew Lucas
        Assistant Corporation Counsel
        *Attorneys for Defendants*