SIEGEL TEITELBAUM & EVANS, LLP
ATTORNEYS AT LAW
260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE
(212) 455-0300
FACSIMILE
(212) 455-0301

July 2, 2014

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>Spiridon Argyros, et al. v. City of New York, et al.</u>, 13 CV 2946 (SLT) (RML)

Your Honor:

  This firm, Cutler & Parlatore, PLLC, and McLaughlin & Stern, LLP represent Plaintiffs in the above-referenced matter. We write to request a follow- up settlement conference with Your Honor.

  At the last conference, held on May 19, 2014, the parties reached an agreement in principle, as confirmed in Defense counsel's June 9, 2014 letter to the Court. Thereafter, Defense counsel advised us that the City Defendant reversed its position on "at least" three points we had agreed upon. Moreover, when we asked Defense counsel to confirm that City Defendant continued to agree upon the other points on which we had reached an agreement in principle before Your Honor, he declined to do so. Today, we were informed that City Defendant could possibly be moving in a "different direction."

  Given this impasse, we request a conference with Your Honor for some time shortly after July 10, and further request that the Court order the persons who have full authority to settle matter to appear at the conference. If we are unable to reach an agreement at that juncture, we will request that Your Honor compel City Defendant to supplement its document discovery production and respond to Plaintiffs' interrogatories, as we had requested at the April 17, 2014 telephone status conference with Your Honor. Finally, because of the history of the settlement discussions to date, we request that a court reporter be available to transcribe any agreements reached.

          Respectfully,

          Herbert Teitelbaum

Norman Siegel
Sharon Sprayregen

cc: Andrew Lucas
Assistant Corporation Counsel
*Attorneys for Defendants*